JS-6/ENTER

**FILED**
DEC 19 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STEVEN LOWELL STAFFORD,<br><br>    Petitioner,<br><br>    v.<br><br>F.X. CHAVEZ, Warden,<br><br>    Respondent. | Case No. EDCV 11-00971-DOC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: _December 16, 2011_

_David O. Carter_ (signature)
David O. Carter
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1